UNITED STATES OF AMERICA
DISTRICT OF CONNECTICUT

GRAND JURY N-14-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:14CR194 (AWT) |
| v. | VIOLATIONS: |
| GARRETT SANTILLO | 18 U.S.C. § 115(a)(1)(B) and 115(b)(4) (Impeding, Intimidating, Influencing or Retaliating against a United States Judge by Threats) |
| | 18 U.S.C. § 876(c) (Mailing Threatening Communications) |

FILED 2014 SEP 23 PM 1:14 U.S. DISTRICT COURT NEW HAVEN, CT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Impeding, Intimidating, Influencing or Retaliating against a Federal Judge by Threats)

1.  Between approximately July 11, 2014, and July 15, 2014, in the District of Connecticut and elsewhere, defendant GARRETT SANTILLO did knowingly and intentionally threaten to murder R.N.C., United States District Judge in the District of Connecticut, with intent to impede, intimidate and interfere with such Judge while engaged in the performance of official duties and with intent to retaliate against such Judge on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

### COUNT TWO
(Mailing Threatening Communications)

2.  Between approximately July 11, 2014, and July 15, 2014, in the District of Connecticut and elsewhere, defendant GARRETT SANTILLO did knowingly deposit in a post

office or authorized depository for mail matter to be sent or delivered by the Postal Service and did knowingly cause to be delivered by the Postal Service according to the direction thereon, a letter, without a name or designating mark subscribed thereto, addressed to R.N.C., United States District Judge in the District of Connecticut, containing a threat to injure the person of the addressee or of another.

In violation of Title 18, United States Code, Section 876(c).

## COUNT THREE
(Mailing Threatening Communications)

3. Between approximately July 21, 2014, and July 31, 2014, in the District of Connecticut and elsewhere, defendant GARRETT SANTILLO did knowingly deposit in a post office or authorized depository for mail matter to be sent or delivered by the Postal Service and did knowingly cause to be delivered by the Postal Service according to the direction thereon, a letter, without a name or designating mark subscribed thereto, addressed to H.L., retired Commissioner of the Department of Public Safety and State Police for the State of Connecticut, containing a threat to injure the person of the addressee and of another.

In violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR
(Mailing Threatening Communications)

4. Between approximately July 21, 2014, and July 31, 2014, in the District of Connecticut and elsewhere, defendant GARRETT SANTILLO did knowingly deposit in a post office or authorized depository for mail matter to be sent or delivered by the Postal Service and did knowingly cause to be delivered by the Postal Service according to the direction thereon, a letter, without a name or designating mark subscribed thereto, addressed to J.P., containing a threat to injure the person of the addressee or of another.

In violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE
(Mailing Threatening Communications)

5. Between approximately July 29, 2014, and August 3, 2014, in the District of Connecticut and elsewhere, defendant GARRETT SANTILLO did knowingly deposit in a post office or authorized depository for mail matter to be sent or delivered by the Postal Service and did knowingly cause to be delivered by the Postal Service according to the direction thereon, a letter, without a name or designating mark subscribed thereto, addressed to L.W.F., containing a threat to injure the person of the addressee and of others.

In violation of Title 18, United States Code, Section 876(c).

## COUNT SIX
(Mailing Threatening Communications)

6. Between approximately July 29, 2014, and August 3, 2014, in the District of Connecticut and elsewhere, defendant GARRETT SANTILLO did knowingly deposit in a post office or authorized depository for mail matter to be sent or delivered by the Postal Service and did knowingly cause to be delivered by the Postal Service according to the direction thereon, a letter, without a name or designating mark subscribed thereto, addressed to J.R., containing a threat to injure the person of the addressee and of another.

In violation of Title 18, United States Code, Section 876(c).

## COUNT SEVEN
(Impeding, Intimidating, Influencing or Retaliating against a Federal Judge by Threats)

7. Between approximately July 29, 2014, and August 3, 2014, in the District of Connecticut and elsewhere, defendant GARRETT SANTILLO did knowingly and intentionally threaten to murder J.B.A., United States District Judge in the District of Connecticut, with intent to impede, intimidate or interfere with such Judge while engaged in the performance of official

duties and with intent to retaliate against such Judge on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT EIGHT
(Mailing Threatening Communications)

8. Between approximately August 15, 2014, and August 18, 2014, in the District of Connecticut and elsewhere, defendant GARRETT SANTILLO did knowingly deposit in a post office or authorized depository for mail matter to be sent or delivered by the Postal Service and did knowingly cause to be delivered by the Postal Service according to the direction thereon, a letter, without a name or designating mark subscribed thereto, addressed to D.M., Governor of the State of Connecticut, containing a threat to injure the person of the addressee and others.

In violation of Title 18, United States Code, Section 876(c).

## COUNT NINE
(Mailing Threatening Communications)

9. Between approximately August 15, 2014, and August 19, 2014, in the District of Connecticut and elsewhere, defendant GARRETT SANTILLO did knowingly deposit in a post office or authorized depository for mail matter to be sent or delivered by the Postal Service and did knowingly cause to be delivered by the Postal Service according to the direction thereon, a

letter, without a name or designating mark subscribed thereto, addressed to D.R. and P.R., containing a threat to injure the persons of one of the addressees or of another.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

/s/<br>FOREPERSON

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
TRACY LEE DAYTON
ASSISTANT UNITED STATES ATTORNEY